UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOVAN SADIQ MIZORI,

      Petitioner,

                                                Case No. 1:11-cv-455

v.

                                                HON. ROBERT HOLMES BELL

MARY BERGHUIS,

      Respondent.
_____/

## **O R D E R**

In accordance with the opinion issued on this date,

**IT IS HEREBY ORDERED** that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Magistrate Judge's July 8, 2016 Report and Recommendation (R&R, ECF No. 25) is **APPROVED** as modified. The Court adopts the R&R's recommendations as to Petitioner's first six objections. The Court finds that Petitioner's seventh objection is valid, but that Petitioner is still not entitled to relief for the reasons stated in the opinion.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated: August 16, 2016                          /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    UNITED STATES DISTRICT JUDGE